UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROXANA CARRERAS

    Petitioner,

v.                                       Case No. 5:22-cv-224/TKW/MAL

WARDEN KEVIN D. PISTRO,
F.C.I. MARIANNA

    Respondent.
_____/

# **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to exhaust administrative remedies. *See Goldberg v. Pistro*, 2023 WL 3457887 (N.D. Fla. May 15, 2023); *Morgan v. Pistro*, 2023 WL 3060807 (N.D. Fla. Apr. 24, 2023); *Garten v. Pistro*, 2023 WL 2090281 (N.D. Fla. Feb. 17, 2023). Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition under 28 U.S.C. § 2241 is DISMISSED without prejudice

for failure to exhaust administrative remedies.

3.  The Clerk shall close the file.

**DONE and ORDERED** this 23rd day of October, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**